UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  CORDIER, JOSEPH K<br>CORDIER, CHRISTINA M<br>THORN, CHRISTINA M  Debtor(s) | CASE NO. 08-24250 JPK |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS
## TO UNITED STATES BANKRUPTCY COURT
## CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE:   J.  Phillip Klingeberger

Comes now Stacia L. Yoon, Trustee, and applies to the Court as follows:

1. I am the duly appointed Trustee and, as such, hold unclaimed property of this estate.

2. Pursuant to FRBP 3010, the following is a list of all known names and addresses of the entities that are entitled to be paid from the remaining property of the estate and the amounts that they are owed:

Shieyas A. Desai, M.D.                 $ 11.51

3. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:       June 25, 2010           By: /s/ Stacia L. Yoon
                                     STACIA L. YOON, TRUSTEE #16933-53
                                     Genetos Retson & Yoon LLP
                                     8585 Broadway, Suite 480
                                     Merrillville, IN 46410
                                     Telephone: (219) 755-0401
                                     bankruptcy@grymlaw.com


**DISTRIBUTION:**
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Stacia L. Yoon, bankruptcy@grymlaw.com
Shieyas A. Desai, M.D., c/o CB USA, Inc., P.O. Box 8000, Hammond, IN 46320